**Order entered October 26, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00234-CR

**THOMAS CHANTHAVONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1533285-L**

## ORDER

Before the Court is the State's October 25, 2017 "Motion for Extension of Time to File Brief and for Acceptance of Contemporaneously Tendered Brief." This case is set for submission on December 5, 2017. The State has been granted one previous extension in this case.

We **GRANT** the State's October 25, 2017 motion for extension of time to file its brief and **ORDER** the brief tendered to the Clerk of the Court contemporaneously with that motion filed as of the date of this order.

/s/    DOUGLAS S. LANG
        PRESIDING JUSTICE